# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN WYATT,<br>　　　Petitioner,<br><br>　　v.<br><br>DAVID DIGUGLIELMO, et. al.,<br>　　　Respondents. | CIVIL ACTION<br><br>No. 2:08-cv-00614 |

### Order

**AND NOW** this 4th day of March, 2010, upon consideration of petitioner Kevin Wyatt's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Docket No. 1), Wyatt's additional pleadings and memoranda in support thereof, and respondents' responses thereto, **IT IS HEREBY ORDERED** that the petition is **DISMISSED**. The petitioner having failed to make a substantial showing of the denial of a constitutional right, there is no ground to issue a certificate of appealability.

　　　　　　　　　　　　　　　　　　　　s/William H. Yohn Jr., Judge
　　　　　　　　　　　　　　　　　　　　William H. Yohn Jr., Judge